No. 04–5511. TRUAX *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5512. WADE *v.* CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5513. WATTS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–5514. TAMAKLOE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5515. WASHINGTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–5518. LEWIS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–5519. PERRY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5521. AKBAR *v.* SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE AND PARDON SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5522. DAVIS *v.* COKER COURT REPORTING, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5524. RING *v.* APPLETON ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–5526. THOMPSON *v.* TISCHLER ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5527. THOMPSON *v.* CALDWELL ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5529. JONES *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–5530. K. E. *v.* FLORIDA BOARD OF BAR EXAMINERS. Sup. Ct. Fla. Certiorari denied.

No. 04–5531. BRIGHT *v.* SHANNON ET AL. C. A. 3d Cir. Certiorari denied.